

**FILED**

11/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0107

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0107

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

SHANE THOMPSON FREIBURG,

     Defendant and Appellant.

O R D E R

Counsel for Appellant Shane Thompson Freiburg filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Freiburg was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude there are no arguments with potential legal merit that could be raised on direct appeal in Freiburg's case.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Freiburg personally.

DATED this 21st day of November, 2023.

_____
Chief Justice

_____

_____

FILED

NOV 2 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
Justices